UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CALBRUCE JAMAL GREEN,<br><br>PLAINTIFF,<br><br>v.<br><br>KEITH WELCH, an individual, JACK BLAZER, an individual, BRINN CULVER, an individual, MULTNOMAH COUNTY SHERIFF'S DEPUTY JOHN DOE, an individual, CITY OF PORTLAND, a municipal corporation, CITY OF BEAVERTON, a municipal corporation, MULTNOMAH COUNTY, a political subdivision, and TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON, a municipal corporation,<br><br>DEFENDANTS. | 3:11-cv-00876-BR<br><br>JUDGMENT REGARDING DEFENDANTS KEITH WELCH, JACK BLAZER, CITY OF PORTLAND AND CITY OF BEAVERTON |

Based upon the record and plaintiff's acceptance of the Offer of Judgment made by defendants City of Portland and City of Beaverton,

Page 1 – JUDGMENT REGARDING DEFENDANTS KEITH WELCH, JACK BLAZER, CITY OF PORTLAND AND CITY OF BEAVERTON

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff shall have judgment against defendants City of Portland and City of Beaverton in the amount of Thirty-five Thousand and no/100 Dollars ($35,000.00), including all costs and attorney fees. Defendants Keith Welch and Jack Blazer are dismissed with prejudice.

Dated: March 21st, 2012.

_____
Honorable Anna J. Brown
United States District Court Judge

Submitted by:

_____s/ J. Scott Moede_____
J. Scott Moede, OSB #934816
Senior Deputy City Attorney
City Attorney's Office
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Tele:  503-823-4047
Fax:   503-823-3089
Email:  Scott.Moede@portlandoregon.gov
Of Attorneys for Defendants
City of Portland and Jack Blazer

Page 2 —  JUDGMENT REGARDING DEFENDANTS KEITH WELCH, JACK BLAZER, CITY OF PORTLAND AND CITY OF BEAVERTON