IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CALBRUCE JAMAL GREEN,                    3:11-CV-00876-BR

         Plaintiff,                      JUDGMENT

v.

TRI-COUNTY METROPOLITAN
TRANSPORTATION DISTRICT OF
OREGON, a municipal
corporation,

         Defendant.


     Based on the Court's Opinion and Order issued November 9,

2012, the Court **DISMISSES** this matter **with prejudice**.

     IT IS SO ORDERED.

     DATED this 9th day of November, 2012.


                              /s/ Anna J. Brown

                              _____
                              ANNA J. BROWN
                              United States District Judge


1 - JUDGMENT